

# NUMBER 13-14-00351-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**THE STATE OF TEXAS,**                                   **Appellant,**

**v.**

**JAMES BANUELOS,**                                       **Appellee.**

---

### On appeal from the 117th District Court
### of Nueces County, Texas.

---

## ORDER

### Before Chief Justice Valdez and Justices Perkes and Longoria
### Order Per Curiam

Appellant, the State of Texas, by and through the District Attorney in and for Nueces County, Texas, has filed a motion for stay of proceedings in the above cause. On June 25, 2014, the trial court granted a motion to suppress evidence. The State has filed a notice of appeal and has requested a stay in the trial court's proceedings pending disposition of its appeal. *See* TEX. CODE CRIM. PROC. ANN. § 44.01(a)(5), (e) (West Supp.

2011). The Court, having examined and fully considered the motion for stay of proceedings, is of the opinion that said motion should be granted. The motion for stay is hereby GRANTED, and the trial court's proceedings are hereby ordered STAYED pending disposition of the State's appeal.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
10th day of July, 2014.